1

DAVID M. BIRKA-WHITE (State Bar No. 85721)
dbw@birka-white.com

2

BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200

3

Danville, CA  94526
Telephone: (925) 362-9999

4

Facsimile: (925) 362-9970

5

Attorneys for Plaintiffs

6

United Desert Charities, Fred Ede III,
Emily Williams, Bruce Pritchard and Jean Steiner

7

STEVEN H. FRANKEL (State Bar No. 171919)
steven.frankel@dentons.com

8

DENTONS US LLP
525 Market Street, 26th Floor

9

San Francisco, California  94105
Telephone: (415) 882-5000

10

Facsimile: (415) 882-0300

11

Attorneys for Defendants
Flushmate, a division of Sloan Valve Company, AS

12

America, Inc., doing business as American Standard
Brands, Kohler Co., Gerber Plumbing Fixtures, LLC and

13

Mansfield Plumbing Products, LLC

14

[Counsel for Other Parties Listed On Signature Page]

15

UNITED STATES DISTRICT COURT

16

CENTRAL DISTRICT OF CALIFORNIA

17

18

UNITED DESERT CHARITIES,
FRED EDE III, EMILY WILLIAMS,

19

BRUCE PRITCHARD, and JEAN
STEINER, on behalf of themselves and

20

all others similarly situated,

21

Plaintiffs,
v.

22

FLUSHMATE a/k/a SLOAN VALVE

23

COMPANY, AMERICAN
STANDARD BRANDS AS

24

AMERICA, INC., KOHLER CO.,
GERBER PLUMBING FIXTURES,

25

LLC, MANSFIELD PLUMBING
PRODUCTS, LLC, HOME DEPOT,

26

U.S.A., INC., and DOES 1-10,
inclusive,

27

Defendants.

28

Case No. 12-cv-06878 SJO (SHx)

Hon. S. James Otero

**JOINT STIPULATION TO STAY
PROCEEDINGS**

[Proposed Order filed concurrently
herewith]

Action filed:  August 9, 2012

Berube v. Flushmate
2:13-cv-02372-SJO-SH
Brettler v. Flushmate
2:13-cv-02499-SJO-SH
Kubat, et al. v. Flushmate
2:13-cv-02425-SJO-SH
Patel v. Flushmate
2:13-cv-02428-SJO-SH

Plaintiffs United Desert Charities ("UDC"), Fred Ede, III, Emily Williams, Bruce Pritchard, and Jean Steiner ("UDC Plaintiffs"); Daniel Berube; Jeffrey Brettler; Randy Kubat and John Snyder ("Kubat Plaintiffs"); and Pankaj Patel (collectively, "Plaintiffs"); and Defendants Flushmate, a division of Sloan Valve Company ("Flushmate"); AS America, Inc., doing business as American Standard Brands ("American Standard"); Kohler Co. ("Kohler"); Gerber Plumbing Fixtures, LLC ("Gerber"); Mansfield Plumbing Products, LLC ("Mansfield"); and Home Depot U.S.A., Inc. ("Home Depot") (collectively, "Defendants"), through their respective counsel,  hereby stipulate and agree as follows, subject to approval of the Court:

1.    On April 18 and 19, and May 13 and 14, 2013, Plaintiffs and Flushmate participated in a mediation of this Consolidated Action before the Hon. William J. Cahill (Ret.) at JAMS' offices in San Francisco, California.   The plaintiffs in *Dimov, et al. v. Sloan Valve Co.* (the "*Dimov* Action), currently pending in the Northern District of Illinois, Case No. 1:12-CV-09700, also participated in the mediation.   On May 17, 2013, the parties, including the Dimov plaintiffs, reached agreement in principle with regard to the terms of a nationwide class settlement, which, subject to preliminary and final approval under Rule 23 of the Federal Rules of Civil Procedure, would dispose of this Consolidated Action and the *Dimov* Action.

2.    To enable the parties to devote their time and attention to the preparation of the settlement agreement and the other documents that will need to be initially presented to the Court for preliminary approval purposes, and in the interest of judicial economy, the parties stipulate and agree that the Consolidated Action should be stayed, and the June 3, 2013 hearing on Defendants' motions to dismiss Plaintiffs' Third Amended Complaint in the *United Desert Charities* case [ECF Docket Nos. 76-77] be taken-off calendar.

1    3.    The parties further suggest that a joint report on the status of settlement

2    be filed with the Court within sixty (60) days.

3         IT IS SO STIPULATED.

4

5    Dated:  May 21, 2013                    BIRKA-WHITE LAW OFFICES

6
                                            By:  _____/s/ David M. Birka White_____
7                                                    David M. Birka-White

8                                           David M. Birka-White (State Bar No. 85721)
                                            dbw@birka-white.com
9                                           Stephen Oroza (State Bar No. 84681)
                                            soroza@birka-white.com
10                                          Mindy M. Wong (State Bar No. 267820)
                                            mwong@birka-white.com
11                                          BIRKA-WHITE LAW OFFICES
                                            411 Hartz Avenue, Suite 200
12                                          Danville, CA  94526
                                            Telephone: (925) 362-9999
13                                          Facsimile: (925) 362-9970

14                                          Robert J. Nelson (State Bar No. 132797)
                                            rnelson@lchb.com
15                                          Kristen Law Sagafi (State Bar No. 222249)
                                            klaw@lchb.com
16                                          Jordan Elias (State Bar No. 228731)
                                            jelias@lchb.com
17                                          LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP
18                                          275 Battery Street, 29th Floor
                                            San Francisco, CA  94111-3339
19                                          Telephone: (415) 956-1000
                                            Facsimile: (415) 956-1008
20
                                            John D. Green (State Bar No. 121498)
21                                          jgreen@fbm.com
                                            FARELLA BRAUN & MARTEL LLP
22                                          235 Montgomery Street, 17th Floor
                                            San Francisco, CA 94104
23                                          Telephone: (415) 954-4400
                                            Facsimile: (415) 954-4480
24
                                            Attorneys for Plaintiffs
25                                          United Desert Charities, Fred Ede III, Emily
                                            Williams, Bruce Pritchard and Jean Steiner
26

27

28

1   Dated:  May 21, 2013                PARKER WAICHMAN LLP

2

3                                       By:  _____/s/ Jordan Lucas Chaikin_____
                                              Jordan Lucas Chaikin

4                                       Jordan Lucas Chaikin

5                                       jchaikin@yourlawyer.com
                                        PARKER WAICHMAN LLP

6                                       3301 Bonita Beach Road Suite 101

7                                       Bonita Springs, FL 34134
                                        Telephone:  (239) 390-1000

8                                       Facsimile:  (239) 390-0055

9                                       Attorneys for Plaintiff
                                        Daniel Berube and Jeffrey Brettler

10   Dated:  May 21, 2013               HOLLAND GROVES SCHNELLER &
                                        STOLZE LLC
11

12

13                                      By:  _____/s/ Eric D. Hollland_____
                                              Eric D. Holland

14                                      Eric D Holland

15                                      eholland@allfela.com
                                        HOLLAND GROVES SCHNELLER &

16                                      STOLZE LLC

17                                      300 North Tucker Boulevard Suite 801
                                        St. Louis, MO 63101

18                                      Telephone:  (314) 241-8111
                                        Facsimile:  (314) 241-5554

19

20                                      Charles E. Schaffer

21                                      cschaffer@lfsblaw.com
                                        Brian F. Fox

22                                      bfox@lfsblaw.com
                                        LEVIN FISHBEIN SEDRAN & BERMAN

23                                      510 Walnut Street, Suite 500

24                                      Philadelphia, PA  19106
                                        Telephone:  (215) 592-1500

25                                      Facsimile:  (215) 592-4663

26

27                                      Attorneys for Plaintiffs
                                        Randy Kubat and John Snyder

28

Case No. 12-cv-06878 SJO (SHx)                    STIP. TO STAY PROCEEDINGS

Dated:  May 21, 2013

GERAGOS AND GERAGOS PC

By:  _____/s/ Mark John Geragos_____
                    Mark John Geragos

Mark John Geragos
geragos@geragos.com
Shelley Lynn Kaufman
kaufman@geragos.com
GERAGOS AND GERAGOS PC
644 South Figueroa Street
Los Angeles, CA 90017-3480
Telephone:  (213) 625-3900
Facsimile:  (213) 625-1600

Attorneys for Plaintiff
Pankaj Patel, Daniel Berube and Jeffrey
Brettler


Dated:  May 21, 2013

DENTONS US LLP

By:  _____/s/ Steven H. Frankel_____
                    Steven H. Frankel

Steven H. Frankel (State Bar No. 171919)
steven.frankel@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Robert F. Scoular (State Bar No. 085293)
robert.scoular@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California  90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants
Flushmate, a division of Sloan Valve
Company, AS America, Inc., doing business as
American Standard Brands, Kohler Co., Gerber
Plumbing Fixtures, LLC, and Mansfield
Plumbing Products, LLC

Case No. 12-cv-06878 SJO (SHx)                                    STIP. TO STAY PROCEEDINGS

1    Dated:  May 21, 2013          FREDRICKSON, MAZEIKA & GRANT, LLP

2

3                                 By:       /s/ Timothy J. Grant
                                       Timothy J. Grant

4

5                                Timothy J. Grant (State Bar No. 122593)
                               TGrant@fmglegal.com

6                                Amy R. Von Kelsch-Berk (State Bar No. 222566)
                               AVonkelsch@fmglegal.com

7                                FREDRICKSON, MAZEIKA & GRANT, LLP
                               5720 Oberlin Drive

8                                San Diego, California  92121
                               Telephone: (858) 642-2002

9                                Facsimile: (858) 642-2001

10

11                                Attorneys for Defendant
                               Mansfield Plumbing Products, LLC

12

13    Dated:  May 21, 2013          KING & SPALDING LLP

14

15                                 By:       /s/ John R. Lawless
                                       John R. Lawless

16                                John R. Lawless (State Bar No. 223561)
                               jlawless@kslaw.com

17                                KING & SPALDING LLP

18                                333 S. Grand Avenue, Suite 4200
                               Los Angeles, California  90071

19                                Telephone: (213) 443-4355
                               Facsimile: (213) 443-4310

20

21                                Attorneys for Defendant
                               Home Depot U.S.A., Inc.

22

23

24

25

26

27

28

1

CERTIFICATION

2

  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Steven H. Frankel, the ECF

3

User whose identification and password are being used to file the foregoing

4

JOINT STIPULATION TO STAY PROCEEDINGS, attests that all other

5

signatories listed, and on whose behalf the filing is submitted, concur in the

6

filing's content and have authorized the filing.

7

8

Dated:  May 21, 2013          /s/ Steven H. Frankel
                    Steven H. Frankel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28