David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
Mindy M. Wong (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Kristen Law Sagafi (State Bar No. 222249)
klaw@lchb.com
Jordan Elias (State Bar No. 228731)
jelias@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs United Desert Charities,
Fred Ede, III, Emily Williams,
Bruce Pritchard, and Jean Steiner

[Counsel for Other Parties Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED DESERT CHARITIES, FRED EDE, III, EMILY WILLIAMS, BRUCE PRITCHARD, and JEAN STEINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLOAN VALVE COMPANY, AMERICAN STANDARD BRANDS AS AMERICA, INC., KOHLER CO., GERBER PLUMBING FIXTURES, LLC, MANSFIELD PLUMBING PRODUCTS, LLC, and HOME DEPOT, U.S.A., INC.,<br><br>Defendants. | Case No. CV12-06878 SJO (SHx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Action Filed: August 9, 2012<br><br>*The Honorable S. James Otero*<br><br>Berube v. Flushmate<br>2:13-cv-02372-SJO-SH<br><br>Brettler v. Flushmate<br>2:13-cv-02499-SJO-SH<br><br>Kubat, et al. v. Flushmate<br>2:13-cv-02425-SJO-SH<br><br>Patel v. Flushmate<br>2:13-cv-02428-SJO-SH |

Pursuant to this Court's Order dated September 30, 2013, the parties to the above-captioned Consolidated Action submit this joint report to update the Court with regard to ongoing settlement negotiations.

On April 18 and 19, and May 13 and 14, 2013, the parties participated in a mediation of this Consolidated Action before the Hon. William J. Cahill (Ret.) at JAMS' offices in San Francisco, California. The plaintiffs in *Dimov, et al. v. Sloan Valve Co.* (the "*Dimov* Action"), currently pending in the Northern District of Illinois, Case No. 1:12-CV-09700, also participated in the mediation. On May 17, 2013, the parties, including the Dimov plaintiffs, reached agreement in principle with regard to the terms of a nationwide class settlement, which, subject to preliminary and final approval under Rule 23 of the Federal Rules of Civil Procedure, would dispose of this Consolidated Action and the *Dimov* Action.

On May 21, 2013, the parties filed a joint stipulation to stay the proceedings to allow the parties to devote their time and attention to the preparation of the settlement agreement and supporting documents. [Dkt. 91]. The Court granted the parties' request and ordered a 60-day stay in an Order dated May 28, 2013. [Dkt. 92].

On June 6, Plaintiffs provided Defendants with a draft settlement agreement. Defendants returned their comments on the draft on June 14. The exchange of drafts brought to light some inconsistent views of the parties concerning the inclusion of certain claims in the settlement.

The parties immediately resumed settlement negotiations and participated in another full-day mediation session with Hon. William J. Cahill (Ret.) on July 25, 2013. The parties continued to negotiate after the conclusion of the mediation and reached agreement in principle regarding the disputed claims on July 29, 2013. The agreement reached on July 29 expanded the contemplated settlement to include a new category of claims, additional forms of relief, and additional contingent

payments into the settlement fund.

On July 30, 2013, the parties submitted a joint status report to inform the Court of their ongoing negotiation of the full settlement agreement and to request that the Court extend the stay in this matter to September 30. The Court granted the parties' joint request in an Order dated August 2, 2013. [Dkt. 106].

During August, Flushmate provided additional discovery to Plaintiffs, and Plaintiffs significantly revised the settlement agreement to incorporate the new claims, relief, and payment structure contemplated by the July 29 agreement. In September, the parties exchanged multiple drafts of the settlement agreement and a separate and detailed claims protocol, while Plaintiffs developed a proposed notice plan and worked closely with an experienced claims administrator. On September 30, 2013, the parties submitted a joint status report and a request that the Court extend the stay to November 29, 2013. The Court granted the parties' request in an Order dated September 30, 2013. [Dkt. 110].

Since that time, the parties have continued to negotiate the details of this complex settlement, and substantial progress has been made towards completion of the settlement agreement, notice plan, proposed forms of notice, claims protocol, and claim forms. The parties have also selected a claims administrator to oversee the distribution of the settlement fund subject to court approval. Plaintiffs have also noticed depositions and are seeking additional documents prior to execution of any agreement. Defendants need additional time to produce certain documents to Plaintiffs and produce the appropriate witnesses. Due to the upcoming holiday, the parties expect to complete this additional discovery in December 2013. Additionally, the parties are now engaged in discussions concerning amendment of the complaint, enlargement of the proposed settlement class, and a simplification of the claims protocol and claims process. As a consequence of these developments, the parties are unable to file a motion for preliminary approval of the settlement at

this time and respectfully request that the Court extend the stay for an additional 60 days, to January 28, 2014. The parties further propose that they provide a further status report to the Court not later than January 28, 2014. A Stipulation and [Proposed] Order Extending Stay is being filed concurrently herewith.

Dated: November 26, 2013      Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ Kristen Law Sagafi
       Kristen Law Sagafi

Robert J. Nelson (State Bar No. 132797)
*rnelson@lchb.com*
Kristen Law Sagafi (State Bar No. 222249)
*klaw@lchb.com*
Jordan Elias (State Bar No. 228731)
*jelias@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008


BIRKA-WHITE LAW OFFICES
David M. Birka-White (State Bar No. 85721)
*dbw@birka-white.com*
Stephen Oroza (State Bar No. 84681)
*soroza@birka-white.com*
Mindy M. Wong (State Bar No. 267820)
*mwong@birka-white.com*
65 Oak Court
Danville, CA  94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

Attorneys for Plaintiffs United Desert Charities, Fred Ede III, Emily Williams, Bruce Pritchard, and Jean Steiner

- 4 -

JOINT STATUS REPORT
REGARDING SETTLEMENT
CASE NO. CV12-06878 SJO (SHX)

Dated:  November 26, 2013          PARKER WAICHMAN LLP

By:  /s/ Jordan Lucas Chaikin
    Jordan Lucas Chaikin

Jordan Lucas Chaikin
jchaikin@yourlawyer.com
PARKER WAICHMAN LLP
3301 Bonita Beach Road Suite 101
Bonita Springs, FL 34134
Telephone:  (239) 390-1000
Facsimile:  (239) 390-0055

Attorneys for Plaintiffs
Daniel Berube and Jeffrey Brettler

Dated:  November 26, 2013          LEVIN FISHBEIN SEDRAN & BERMAN

By:  /s/ Charles E. Schaffer
    Charles E. Schaffer

Charles E. Schaffer
cschaffer@lfsblaw.com
Brian F. Fox
bfox@lfsblaw.com
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663

Eric D Holland
eholland@allfela.com
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard Suite 801
St. Louis, MO 63101
Telephone:  (314) 241-8111
Facsimile:  (314) 241-5554

Attorneys for Plaintiffs
Randy Kubat and John Snyder

Dated: November 26, 2013    GERAGOS AND GERAGOS PC

By:   /s/ Mark John Geragos
      Mark John Geragos

Mark John Geragos
geragos@geragos.com
Shelley Lynn Kaufman
kaufman@geragos.com
GERAGOS AND GERAGOS PC
644 South Figueroa Street
Los Angeles, CA 90017-3480
Telephone: (213) 625-3900
Facsimile: (213) 625-1600

Attorneys for Plaintiffs
Pankaj Patel, Daniel Berube and Jeffrey Brettler

Dated: November 26, 2013    DENTONS US LLP

By:    /s/ Steven H. Frankel
       Steven H. Frankel

Steven H. Frankel (State Bar No. 171919)
steven.frankel@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Robert F. Scoular (State Bar No. 085293)
robert.scoular@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants
Flushmate, a division of Sloan Valve Company, AS America, Inc., doing business as American Standard Brands, Kohler Co., Gerber Plumbing Fixtures, LLC, and Mansfield Plumbing Products, LLC

| | | |
|---|---|---|
| Dated: November 26, 2013 | | FREDRICKSON, MAZEIKA & GRANT, LLP |

By:    /s/ Timothy J. Grant
               Timothy J. Grant

Timothy J. Grant (State Bar No. 122593)
TGrant@fmglegal.com
Amy R. Von Kelsch-Berk (State Bar No. 222566)
AVonkelsch@fmglegal.com
FREDRICKSON, MAZEIKA & GRANT, LLP
5720 Oberlin Drive
San Diego, California 92121
Telephone: (858) 642-2002
Facsimile: (858) 642-2001

Attorneys for Defendant
Mansfield Plumbing Products, LLC

Dated: November 26, 2013      KING & SPALDING LLP

By:    /s/ John R. Lawless
               John R. Lawless

John R. Lawless (State Bar No. 223561)
jlawless@kslaw.com
KING & SPALDING LLP
333 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant
Home Depot U.S.A., Inc.

## CERTIFICATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Steven H. Frankel, the ECF User whose identification and password are being used to file the foregoing JOINT STATUS REPORT REGARDING SETTLEMENT, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 26, 2013             /s/ Steven H. Frankel
                                      Steven H. Frankel

81499673\V-1