# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED DESERT CHARITIES, FRED EDE, III, EMILY WILLIAMS, BRUCE PRITCHARD, and JEAN STEINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLOAN VALVE COMPANY, AMERICAN STANDARD BRANDS AS AMERICA, INC., KOHLER CO., GERBER PLUMBING FIXTURES, LLC, MANSFIELD PLUMBING PRODUCTS, LLC, and HOME DEPOT, U.S.A., INC.,<br><br>Defendants. | Case No. CV12-06878 SJO (SHx)<br><br>**ORDER EXTENDING STAY**<br><br>Action Filed: August 9, 2012<br>*The Honorable S. James Otero*<br>Berube v. Flushmate<br>2:13-cv-02372-SJO-SH<br>Brettler v. Flushmate<br>2:13-cv-02499-SJO-SH<br>Kubat, et al. v. Flushmate<br>2:13-cv-02425-SJO-SH<br>Patel v. Flushmate<br>2:13-cv-02428-SJO-SH |

# ORDER

For good cause shown and pursuant to the stipulation of the parties, the Court orders as follows:

The stay of this litigation is extended until January 28, 2014. The parties are directed to provide a further status report to the Court no later than January 28, 2014.

**IT IS SO ORDERED.**

Dated: December 1, 2013. _____

_____
HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE