1   Robert J. Nelson (State Bar No. 132797)
    *rnelson@lchb.com*
2   Kristen Law Sagafi (State Bar No. 222249)
    *klaw@lchb.com*
3   Jordan Elias (State Bar No. 228731)
    *jelias@lchb.com*
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
6   Facsimile:  (415) 956-1008

7   Attorneys for Plaintiffs
    UNITED DESERT CHARITIES,
8   FRED EDE, III, EMILY WILLIAMS,
    BRUCE PRITCHARD and JEAN STEINER
9
    [Counsel for Other Parties Listed on Signature Pages]
10

11

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  UNITED DESERT CHARITIES, FRED EDE, III, EMILY WILLIAMS, BRUCE PRITCHARD and JEAN STEINER on behalf of themselves and all others similarly situated, | Case No. CV12-06878 SJO (SHx) |
| 16 | **STIPULATION RE FILING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND STAY OF PROCEEDINGS** |
| 17 | |
| 18                        Plaintiffs, | |
| 19  v. | Action Filed:  August 9, 2012 |
| 20  SLOAN VALVE COMPANY, AMERICAN STANDARD BRANDS AS AMERICA, INC., KOHLER CO., GERBER PLUMBING FIXTURES, LLC, MANSFIELD PLUMBING PRODUCTS, LLC and HOME DEPOT, U.S.A., INC., | *The Honorable S. James Otero* |
| 21 | Consolidated Cases: *Berube v. Flushmate* 2:13-cv-02372-SJO-SH |
| 22 | *Brettler v. Flushmate* 2:13-cv-02499-SJO-SH |
| 23 | *Kubat, et. al. v. Flushmate* 2:13-cv-02425-SJO-SH |
| 24                        Defendants. | *Patel v. Flushmate* 2:13-cv-02428-SJO-SH |
| 25 | |
| 26 | Related Case: *Dimov, et. al., Sloan Valve Co.,* 1:12-cv-09700 (N.D. Ill) |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>STIPULATION</u>**

The parties, through their respective counsel of record, hereby STIPULATE as follows:

WHEREAS, on January 28, 2014, the parties filed a fully executed copy of their proposed Class Action Settlement Agreement and Release ("Settlement Agreement") with their Joint Status Report Regarding Settlement (ECF Dkt ___);

WHEREAS, the Settlement Agreement, if preliminarily and finally approved by the Court under Rule 23 of the Federal Rules of Civil Procedure, would dispose of this Consolidated Action, and the related action, *Dimov, et. al. v. Sloan Valve Co.* (the "*Dimov* Action"), currently pending in the Northern District of Illinois, Case No. 1:12-CV-09700;

WHEREAS, Plaintiffs shall file their Unopposed Motion for Preliminary Approval of Class Action Settlement, together with all supporting declarations and exhibits, on or before Friday, January 31, 2014; and

WHEREAS, to facilitate mediation (before Hon. William J. Cahill (Ret.)) and settlement negotiations that have ultimately led to this proposed nationwide class settlement, this Court, pursuant to the stipulation of the parties, has stayed this Consolidated Action for the past several months, and the current stay expires on January 28, 2014.  [*See* Dkt. 92, 106, 110 and 114.]

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record, and subject to approval of the Court, as follows:

1.       Plaintiffs shall file their Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement, together with all supporting declarations and exhibits, on or before Friday, January 31, 2014.

2.       Except for provisionally lifting the stay solely for purposes of class action settlement approval proceedings under Rule 23 of the Federal Rules of Civil

STIPULATION RE FILING PRELIMINARY
APPROVAL AND STAY OF PROCEEDINGS
CASE NO. CV12-06878 SJO (SHX)

1

2   Procedure, the Court should continue the stay and hold this Consolidated Action in

3   abeyance for all other purposes unless and until the Court orders otherwise.

4          **IT IS SO STIPULATED.**

5

6   Dated:  January 28, 2014          LIEFF CABRASER HEIMANN &
                                      BERNSTEIN, LLP
7

8                                     By:   /s/ Kristen Law Sagafi
                                          Kristen Law Sagafi
9

10                                    Robert J. Nelson (State Bar No. 132797)
                                      *rnelson@lchb.com*
11                                    Kristen Law Sagafi (State Bar No. 222249)
                                      *klaw@lchb.com*
12                                    Jordan Elias (State Bar No. 228731)
                                      *jelias@lchb.com*
13                                    LIEFF CABRASER HEIMANN &
                                      BERNSTEIN, LLP
14                                    275 Battery Street, 29th Floor
                                      San Francisco, CA  94111-3339
15                                    Telephone:  (415) 956-1000
                                      Facsimile:  (415) 956-1008
16

17                                    BIRKA-WHITE LAW OFFICES
                                      David M. Birka-White (State Bar No. 85721)
18                                    *dbw@birka-white.com*
                                      Stephen Oroza (State Bar No. 84681)
19                                    *soroza@birka-white.com*
                                      Mindy M. Wong (State Bar No. 267820)
20                                    *mwong@birka-white.com*
                                      65 Oak Court
21                                    Danville, CA  94526
                                      Telephone:  (925) 362-9999
22                                    Facsimile:  (925) 362-9970

23                                    Attorneys for Plaintiffs UNITED DESERT
                                      CHARITIES, FRED EDE III, EMILY
24                                    WILLIAMS, BRUCE PRITCHARD and JEAN
                                      STEINER
25

26

27

28

                            -3-
                                         APPROVAL AND STAY OF PROCEEDINGS
                                         CASE NO. CV12-06878 SJO (SHX)

1    Dated:  January 28, 2014            PARKER WAICHMAN LLP

2

3                                        By:  /s/ Jordan Lucas Chaikin
                                              Jordan Lucas Chaikin

4

5                                        Jordan Lucas Chaikin
                                         jchaikin@yourlawyer.com
                                         PARKER WAICHMAN LLP
6                                        3301 Bonita Beach Road Suite 101
                                         Bonita Springs, FL 34134
7                                        Telephone:  (239) 390-1000
                                         Facsimile:  (239) 390-0055
8

9                                        Attorneys for Plaintiffs
                                         DANIEL BERUBE and JEFFREY BRETTLER

10

11   Dated:  January 28, 2014            LEVIN FISHBEIN SEDRAN & BERMAN

12

13                                       By:  /s/ Charles E. Schaffer
                                              Charles E. Schaffer

14                                       Charles E. Schaffer
                                         cschaffer@lfsblaw.com
15                                       Brian F. Fox
                                         bfox@lfsblaw.com
16                                       LEVIN FISHBEIN SEDRAN & BERMAN
                                         510 Walnut Street, Suite 500
17                                       Philadelphia, PA  19106
                                         Telephone:  (215) 592-1500
18                                       Facsimile:  (215) 592-4663

19
                                         Eric D. Holland
20                                       eholland@allfela.com
                                         HOLLAND GROVES SCHNELLER &
21                                       STOLZE LLC
                                         300 North Tucker Boulevard Suite 801
22                                       St. Louis, MO 63101
                                         Telephone:  (314) 241-8111
23                                       Facsimile:  (314) 241-5554

24                                       Attorneys for Plaintiffs
                                         RANDY KUBAT and JOHN SNYDER
25

26

27

28

STIPULATION RE FILING PRELIMINARY
                                         APPROVAL AND STAY OF PROCEEDINGS
                                         CASE NO. CV12-06878 SJO (SHX)

1

2

Dated:  January 28, 2014

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

Dated:  January 28, 2014

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP


By:   _____/s/ Steven H. Frankel_____
            Steven H. Frankel

Steven H. Frankel (State Bar No. 171919)
steven.frankel@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Robert F. Scoular (State Bar No. 085293)
robert.scoular@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California  90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants SLOAN VALVE
COMPANY, FLUSHMATE, a division of SLOAN
VALVE COMPANY, AS AMERICA, INC., doing
business as AMERICAN STANDARD BRANDS,
KOHLER CO., GERBER PLUMBING
FIXTURES, LLC and MANSFIELD PLUMBING
PRODUCTS, LLC

FREDRICKSON, MAZEIKA & GRANT, LLP


By:   _____/s/ Timothy J. Grant_____
            Timothy J. Grant

Timothy J. Grant (State Bar No. 122593)
TGrant@fmglegal.com
Amy R. von Kelsch (State Bar No. 222566)
AVonkelsch@fmglegal.com
FREDRICKSON, MAZEIKA & GRANT, LLP
5720 Oberlin Drive
San Diego, California  92121
Telephone: (858) 642-2002
Facsimile: (858) 642-2001

Attorneys for Defendant
MANSFIELD PLUMBING PRODUCTS, LLC

-5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 28, 2014

KING & SPALDING LLP


By:   _____/s/ John R. Lawless_____
              John R. Lawless

John R. Lawless (State Bar No. 223561)
jlawless@kslaw.com
KING & SPALDING LLP
333 S. Grand Avenue, Suite 4200
Los Angeles, California  90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

1

<u>CERTIFICATION</u>

2

     Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Kristen Law Sagafi, the ECF

3

4

User whose identification and password are being used to file the foregoing

5

STIPULATION RE FILING PLAINTIFFS' UNOPPOSED MOTION FOR

6

PRELIMINARY APPROVAL AND STAY OF PROCEEDINGS, attests that

7

all other signatories listed, and on whose behalf the filing is submitted, concur

8

in the filing's content and have authorized the filing.

9

Dated:  January 28, 2014            <u>/s/Kristen Law Sagafi</u>

10

                                   Kristen Law Sagafi

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28