FILED
CLERK, U.S. DISTRICT COURT

February 7, 2014.

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED DESERT CHARITIES, et al., <br><br> Plaintiff, <br><br> v. <br><br> SLOAN VALVE COMPANY, et al., <br><br> Defendants. | CASE NO. 12-cv-06878 SJO (SHx) <br><br> **ORDER RE: REQUEST TO APPEAR TELEPHONICALLY BY DEFENDANT MANSFIELD PLUMBING PRODUCTS, LLC** <br><br> Action Filed: August 9, 2012 <br><br> The Honorable S. James Otero <br><br> Date:  February 10, 2014 <br> Time: 10:00 a.m. <br> Dept.: Courtroom 1 <br><br> Consolidated Cases: <br> *Berube v. Flushmate* <br> 2:13-cv-02372-SJO-SH <br> *Brettler v. Flushmate* <br> 2:13-cv-02499-SJO-SH <br> *Kubat, et. al. v. Flushmate* <br> 2:13-cv-02425-SJO-SH <br> *Patel v. Flushmate* <br> 2:13-cv-02428-SJO-SH <br><br> Related Case: <br> *Dimov, et. al. v. Sloan Valve Co.* <br> 1:12-cv-09700 (N.D. Ill) |

///

///

---

1
[PROPOSED] ORDER RE: REQUEST TO APPEAR
TELEPHONICALLY BY DEFENDANT MANSFIELD PLUMBING PRODUCTS, LLC

Case 2:12-cv-06878-SJO-SH Document 128 Filed 02/07/14 Page 2 of 2 Page ID #:2296

UNITED DESERT CHARITIES, et al. v. FLUSHMATE, et al.
United States District Court – Central District of California Case No. 12-cv-06878 SJO (SHx)

**ORDER**

Having reviewed the file and the request in this matter, and for good cause appearing,

IT IS SO ORDERED that Defendant Mansfield Plumbing Products, LLC's request to appear telephonically at the hearing on Plaintiff's Unopposed Motion for Preliminary Approval scheduled to be heard February 10, 2014 at 10:00 a.m. is hereby GRANTED. The Court will initiate the call to attorney Timothy J. Grant, Esq., who can be reached directly at 858-642-2002, ext. 328.

February 7, 2014

Dated: _____     _____
                                                                        *S. James Otero*
                                                                   UNITED STATES DISTRICT COURT JUDGE