```
                    FILED
            CLERK, U.S. DISTRICT COURT

              March 7, 2014

         CENTRAL DISTRICT OF CALIFORNIA
         BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED DESERT CHARITIES, FRED EDE, III, EMILY WILLIAMS, BRUCE PRITCHARD and JEAN STEINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLOAN VALVE COMPANY, AMERICAN STANDARD BRANDS AS AMERICA, INC., KOHLER CO., GERBER PLUMBING FIXTURES, LLC, MANSFIELD PLUMBING PRODUCTS, LLC, and HOME DEPOT, U.S.A., INC.,<br><br>Defendants. | Case No. CV12-06878 SJO (SHx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: August 9, 2012<br>*The Honorable S. James Otero*<br><br>Consolidated Cases:<br>Berube v. Flushmate<br>2:13-cv-02372-SJO-SH<br>Brettler v. Flushmate<br>2:13-cv-02499-SJO-SH<br>Kubat, et al. v. Flushmate<br>2:13-cv-02425-SJO-SH<br>Patel v. Flushmate<br>2:13-cv-02428-SJO-SH<br><br>Related Case:<br>*Dimov, et. al., Sloan Valve Co.,*<br>1:12-cv-09700 (N.D. Ill) |

Pursuant to the Stipulation of the Parties and for good cause shown,

The Stipulated Protective Order submitted by the Parties on January 31, 2014 is hereby entered.

**IT IS SO ORDERED.**
    March 7, 2014.
Dated: _____                    _____
                                     S. James Otero
                                     United States District Judge

81782344\V-1

                            STIPULATED PROTECTIVE ORDER
1157888.1                   CASE NO. CV12-06878 SJO (SHX)