```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                          September 15, 2017

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED DESERT CHARITIES, et al.,<br><br>Plaintiff,<br>vs.<br><br>SLOAN VALVE COMPANY, et al.,<br><br>Defendants. | CASE NO.: *12-cv-06878 SJO (SHx)*<br><br>**ORDER RE: REQUEST TO APPEAR TELEPHONICALLY BY DEFENDANT, *MANSFIELD PLUMBING PRODUCTS, LLC*** <br><br>*The Honorable S. James Otero*<br><br>**DATE: September 18, 2017**<br>**TIME: 10:00 AM**<br>**COURTROOM: 1 – 2nd Floor**<br><br>**Consolidated Cases:**<br>*Berube v. Flushmate*<br>2:13-cv-02372-SJO-SH<br>*Brettler v. Flushmate*<br>2:13-cv-02499-SJO-SH<br>*Kubat, et. al. v. Flushmate*<br>2:13-cv-02425-SJO-SH<br>*Patel v. Flushmate*<br>2:13-cv-02428-SJO-SH<br><br>**Related Case:**<br>*Dimov, et. al. v. Sloan Valve Co.*<br>1:12-cv-09700 (N.D. Ill)<br><br>Complaint Filed:   August 9, 2012 |

///

---

1

**[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY BY DEFENDANT,**
***MANSFIELD PLUMBING PRODUCTS, LLC***

# ORDER

**TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

After considering the Request of Defendant, ***MANSFIELD PLUMBING PRODUCTS, LLC*** ("MPP"), and having reviewed the file and records herein, **GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that MPP'S request to appear telephonically at the hearing on the Unopposed ***Joint Motion For Final Approval Of Modifications To Settlement Agreement And Plan Of Allocation*** currently scheduled for **September 18, 2017** at **10:00 a.m.** in **Courtroom 1** of the **United States District Court for the Central District of California**, located at 312 North Spring Street, Los Angeles, California 90012-4701 is hereby **GRANTED**. The Court will initiate the call to Timothy J. Grant, Esq., who can be reached directly at (858) 642-2002, Ext. 328.

**IT IS SO ORDERED:**

*[signature: S. James Otero]*

**DATED: September 15, 2017**

HON. S. JAMES OTERO, JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA