**FILED**
CLERK, U.S. DISTRICT COURT

September 18, 2017

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____VPC_____ DEPUTY

1
2
3
4

# IN THE UNITED STATES DISTRICT COURT

5
6

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| UNITED DESERT CHARITIES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SLOAN VALVE COMPANY, *et al,,* <br><br> Defendants | Case No. 2:12-cv-06878 SJO (SHx) <br><br> [~~PROPOSED~~] **ORDER FINALLY APPROVING MODIFICATIONS OF SETTLEMENT AGREEMENT AND PLAN OF ALLOCATION** <br><br> *The Honorable. S. James Otero* <br><br> Date:  September 18, 2017 <br> Time:  10:00 a.m. <br> Courtroom:  10C <br><br> <u>Consolidated Cases:</u> <br> *Berube v. Flushmate* <br> 2:13-cv-02372-SJO-SH <br> *Brettler v. Flushmate* <br> 2:13-cv-02499-SJO-SH <br> *Kubat, et al. v. Flushmate* <br> 2:13-cv-02425-SJO-SH <br> *Patel v. Flushmate* <br> 2:13-cv-02428-SJO-SH <br><br> <u>Related Cases:</u> <br> *Mergens v. Sloan Valve Co.* <br> 2:16-cv-05255-SJO-SKx <br> *Dimov v. Sloan Valve Co.* <br> 1:12-cv-09700 (N.D. Ill) |

1    On September 18, 2017, the Court heard the Joint Motion for Final Approval of

2  Modifications to the Settlement and Plan of Allocation in this consolidated action.

3    Previously, following a hearing on April 10, 2017 ("Conditional Approval

4  Hearing"), this Court entered its Amended Order Conditionally Approving

5  Modifications of Settlement Agreement and Plan of Allocation ("Amended Order")

6  (ECF  No. 164) "as being a fair, reasonable and equitable solution for allowing

7  distribution of some of the unclaimed settlement funds remaining in the Settlement

8  Fund Trust Account following the close of the Claims Period to the Settlement Class."

9  "By proposing that some of those unclaimed settlement funds also be utilized to resolve

10  the claims of the proposed settlement class in the related *Mergens v. Sloan Valve Co.*

11  case pending before this Court (Case No. 2:16-cv-05255-SJO-SKx)," the Court also

12  found that the proposed modifications apply "some of those settlement funds to their

13  next highest and best use in accordance with the *cy pres* doctrine."

14    "Because the proposed modifications of the Settlement and Plan of Allocation

15  provide many additional benefits to the Settlement Class, do not provide for a lesser

16  recovery to the Settlement Class than was available under the original Settlement, and

17  do not bargain away rights to enforce portions of that agreement," this Court also found

18  there is "no requirement that supplemental notice be provided to the Settlement Class or

19  that Settlement Class Members be afforded the opportunity to be heard on the proposed

20  modifications under Rule 23(e) of the Federal Rules of Civil Procedure prior to their

21  adoption."

22    Nevertheless, upon the parties' request, the Court's Amended Order also approved,

23  as to form and content, notice of the proposed modifications of the Settlement and Plan

24  of Allocation to the Settlement Class, found that the proposed Notice Plan was fair,

25  reasonable and adequate, and ordered that all costs associated with the Notice Plan be

26  paid from the Settlement Fund Trust Account.

27    The Court has now considered the Notice of Motion and Joint Motion for Final

28  Approval of Modifications of Settlement Agreement and Plan of Allocation, and the

1  Declarations of Arnold Rodio, Shannon Wheatman, David M. Birka-White and Steven

2  H. Frankel filed concurrently therewith.  In addition, the Court has considered the

3  previously-filed Joint Motion for Conditional Approval of Modifications of Settlement

4  Agreement and Plan of Allocation (ECF No. 154), the accompanying Special Master's

5  Report and Recommendation (ECF No. 154-5) and the Declarations of David M. Birka-

6  White (ECF No. 154-1), Steven H. Frankel (ECF No. 154-2), Michael Gembarski (ECF

7  No. 154-3), Arnold Rodio (ECF No. 154-4), Shannon Wheatman (ECF No. 154-6) and

8  William M. Audet (ECF No. 161), and argument of counsel.

9       Based upon the foregoing and being otherwise fully advised in the premises, the

10  Court HEREBY ORDERS, ADJUDGES, and DECREES as follows:

11       1.       This Order finally approves the modifications of the Settlement

12  Agreement and Plan of Allocation and incorporates and makes a part hereof the Court's

13  findings and conclusions in the Amended Order.  All capitalized terms in this Order

14  shall have the same meanings as in the Settlement and in the modifications, unless

15  separately defined herein.

16       2.       This Court has jurisdiction over the subject matter and parties pursuant to

17  28 U.S.C. §1332(d)(2) and 28 U.S.C. §1453.  This jurisdiction includes, without

18  limitation, jurisdiction to shape equitable decrees for distributing unclaimed class

19  action settlement funds.

20       3.       All conditional findings and conclusions in the Court's Amended Order

21  are hereby made final.  This Court finds that the proposed modifications of the

22  Settlement Agreement and Plan of Allocation are a fair, reasonable and equitable

23  solution for allowing distribution of some of the unclaimed settlement funds remaining

24  in the Settlement Fund Trust Account following the close of the Claims Period to the

25  Settlement Class by extending the Claims Period.  In recognition of their service, the

26  Incentive Awards to each Class Representative are increased from $1,000 to $5,000,

27  and are to be paid from the Settlement Fund Trust Account within ten  (10) days

28  following the Effective Date of this Order.

1    4.    In addition, by proposing that some of those unclaimed settlement funds
2    also be utilized to resolve the claims of the proposed settlement class in the related
3    *Mergens v. Sloan Valve Co.* case pending before this Court (Case No.
4    2:16-cv-05255-SJO-SKx), the proposed modifications apply some of those settlement
5    funds to their next highest and best use in accordance with the *cy pres* doctrine.
6    5.    The Court has been informed that no comments to the proposed
7    modifications have been submitted in accordance with the requirements of the Class
8    Notices and the Amended Order.  The Court has evaluated this overall reaction of the
9    Class to the modifications and finds that the overall acceptance of the modifications by
10   Class members supports the Court's conclusion that the modifications are in all respects
11   fair, reasonable, adequate, and in the best interests of the Class.
12   6.    Based upon the foregoing, the Court hereby finally approves the
13   modifications to the Settlement and the Plan of Allocation as set forth in Exhibits A and
14   B to the Declaration of David M. Birka White In Support of Joint Motion for Final
15   Approval of Modifications of Settlement and Plan of Allocation.
16   7.    The parties and the Claims Administrator are directed to implement the
17   modifications to the Settlement and the Plan of Allocations according to their terms and
18   conditions.  The Claims Administrator is directed to begin processing all validly filed
19   claims in accordance with the modifications to the Settlement and the Plan of
20   Allocation.

21        IT IS SO ORDERED.

23   Dated:    09/18/2017

                                    *S. James Otero*
                                    THE HONORABLE S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE